KIMBERLY GAMBLE-PERUGINI *v.* MICHAEL C. PERUGINI, SR.

The defendant's petition for certification for appeal from the Appellate Court, 112 Conn. App. 231 (AC 29280), is denied.

VERTEFEUILLE, J., did not participate in the consideration of or decision on this petition.

*Steven R. Dembo*, in support of the petition.

*William F. Gallagher*, in opposition.

Decided May 6, 2009